COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:                01-14-00498-CV

Style:                The Honorable George E. Risner

                **v** Harris County Republican Party and Paul Simpson, Chair

Date motion filed[*]:                August 12, 2014

Type of motion:                Motion for leave of Court to file *Amicus* brief

Party filing motion:                Vince Ryan, Harris County Attorney

Document to be filed:                *Amicus* brief

Is appeal accelerated?                Yes

If motion to extend time:

   Original due date:

   Number of prior extensions:                Current Due date:

   Date Requested:

Ordered that motion is:

   ☐        Granted

            If document is to be filed, document due:

            ☐        The Court will not grant additional motions to extend time

   ☒        Denied

   ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

   ☐        Other: _____

   **Pursuant to Texas Rule of Appellate Procedure 11, "[a]n appellate clerk may receive, but not file, an amicus curiae brief." Accordingly, we will consider the brief, but we deny the motion for leave to file as moot.**

Judge's signature: /s/ Sherry Radack
                ☒ Acting individually        ☐ Acting for the Court
Panel consists of _____
Date:  August 21, 2014

November 7, 2008 Revision